# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Tonianne J. Bongiovanni |
| v. | Mag. No. 19-5053 (TJB) |
| DERRICK NORWOOD | **CRIMINAL COMPLAINT** |

I, Michael Goldfinger, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Drug Enforcement Administration, and that this Complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

_____
Michael Goldfinger, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

July 19, 2019           at     Trenton, New Jersey
Date                            City and State
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge          _____
Name and Title of Judicial Officer      Signature of Judicial Officer

RECEIVED

JUL 19 2019

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## ATTACHMENT A

## COUNT ONE
### (Possession of a Controlled Substance with Intent to Distribute)

On or about July 18, 2019, in Monmouth County, in the District of New Jersey and elsewhere, the defendant

DERRICK NORWOOD,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## **ATTACHMENT B**

I, Michael Goldfinger, am a Special Agent with the Drug Enforcement Administration ("DEA"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents and other items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. Since in or around February 2019, law enforcement has been conducting an investigation into the narcotics distribution activities of defendant DERRICK NORWOOD. The investigation has included controlled purchases of heroin and fentanyl from NORWOOD by a confidential source ("CS") working at the direction and under the supervision of law enforcement. During one of these controlled purchases, law enforcement conducting surveillance observed NORWOOD travel to his residence in Neptune, New Jersey (the "Residence"), enter the Residence for a short period of time, and then travel directly to a previously arranged location where NORWOOD met with the CS and conducted the narcotics transaction.

2. On or about July 18, 2019, law enforcement executed a search warrant at the Residence. The search of the Residence revealed the following: approximately forty bricks[1] of suspected heroin, approximately two pounds of suspected marijuana, and approximately $35,000 in cash. The aforementioned contraband and cash was located inside a safe in the Residence. NORWOOD unlocked the safe for law enforcement, allowing agents to access and seize the aforementioned contraband and cash contained therein. The suspected heroin was field-tested and tested positive for heroin and fentanyl.

---

[1] A "brick" of heroin typically contains approximately 50 smaller, individually packaged glassine envelopes or baggies containing heroin, which are bundled together in "bundles" of approximately ten envelopes or baggies, which are then, wrapped, and taped to form a small package. A single brick typically contains a total of approximately one gram of heroin.